**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN JONES, | ) NO. ED CV 18-739-CJC (E) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| CALIFORNIA DEPARTMENT OF | ) JUDGMENT |
| CORRECTIONS AND | ) |
| REHABILITATION, et al., | ) |
| | ) |
|         Defendants. | ) |
| _____ | ) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.


    DATED: July 16, 2018

                                     _____

                           CORMAC J. CARNEY
                 UNITED STATES DISTRICT JUDGE